JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 441 -- In re Air Crash Disaster at Warsaw, Poland on March 14, 1980

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/07/17 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Polskie Linie Lotnicze (emh) SUGGESTED TRANSFEREE DISTRICT: E.D. New York SUGGESTED TRANSFEREE JUDGE: (emh) |
| 80/07/29 | | APPEARANCES -- Frank H. Granito for Henryka Smiegel, Jose & Juana Pimentel, Emily Bland, Rev. Raymond E. Wesson & Emogene Hall and Patricia Ann Chavis; George N. Tompkins for Polskie Linie Lotnicze - LOT Polish Airlines (emh) |
| 80/08/11 | 2 | AMENDMENT TO MOTION -- Polskie Linie Lotnicze -- to add B-7 Robles, et al. v. Polskie Linie Lotnicze, et al., S.D. Cal., 80-676-GT for consideration for 28 U.S.C. §1407 transfer. w/cert. of svc. PanAm and American Airlines not served. (rew) |
| 80/08/14 | | APPEARANCE -- John J. Kennelly for Valerid C. Merriam, et al. (ds) |
| 80/08/21 | | HEARING ORDER -- setting A-1 thru A-6 and B-7 for hearing held on Sept. 25, 1980 in Nashville, Tenn. (ea) |
| 80/08/28 | | APPEARANCE -- Floyd A. Demanes, Esq. for Angela Y. Robles, et al.(ea) |
| 80/08/28 | 3 | REQUEST FOR EXTENSION OF TIME -- Angela Y. Robles, etal. -- GRANTED to and including Sept. 4, 1980. (ea) |
| 80/09/02 | 4 | LETTER -- plaintiff Angela Y. Robles, et al. (cds) |
| 80/09/23 | | HEARING APPEARANCES: DESMOND T. BARRY, JR., ESQ. for Polskie Linie Lotnicze - Lot Polish Airlines; FLOYD A. DEMANES, ESQ. for Angela Y. Robles, et al. (cds) |
| 80/09/23 | | WAIVER OF ORAL ARGUMENT: Henryka Smiegel, Jose Pimentel, Rev. Raymond Wesson, Patricia Ann Chavis, Emily Bland, Ira Pilcer, and Susan Radison (cds) |
| 80/10/14 | | CONSENT OF TRANSFEREE COURT -- for consolidation of litigation in the Eastern District of New York before Judge Charles P. Sifton (cds) |
| 80/10/14 | | TRANSFER ORDER -- Consolidating A-6 and B-7 with A-1 through A-5 in the Eastern District of New York before Judge Charles P. Sifton for pretrial proceedings -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 80/11/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-10 Clayton, etc et al. v. Polskie Linie Lotnicze, E.D.Pa., C.A.No. 80-4104 -- Notified involved counsel and judges. (ea) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p._____

DOCKET NO. 441 -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 80/12/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-10 Clayton, etc., et al. v. Polski Linie Lotnicze, E.D Pennsylvania, C.A. No. 80-4104. Notified involved clerks & Judges.(ds) |
| 81/04/01 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-12 Wesolowski, et al. v. Polski Linie Lotnicze, C.D. California, C.A. No. 81-1255-R; B-13 Palomino, et al. v. Polski Linie Lotnicze, et al., C.D. California, C.A. No. 81-1246-LTL (GX); B-14 Good, etc. v. Polski Linie Lotnicze, et al., C.D. California, C.A. No. 81-1245 WPG. Notified involved counsel and judges. (ds) |
| 81/04/17 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-12, B-13 and B-14 (listed above) -- NOTIFIED INVOLVED JUDGES & CLERKS (cds) |
| 81/05/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-15 Harris, et al. v. Polski Linie Lotnicze, et al., N.D. California, C.A. No. G-81-1133 SW. Notified involved counsel and judges. (ds) |
| 81/05/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-15 Harris, et al. v. Polskis Linie Lotnicze, et al., N.D. California, C.A. No. G-81-1133 SW. Notified involved clerks and judges. (ds) |
| 81/07/31 | | CONDITIONAL TRANSFER ORDERS FILED TODAY (2) -- C-20 Wicinski, etc. v. Lotnicze, S.D.N.Y., 81-Civ.3823 C-21 Wicinski, etc. v. Lotnicze, S.D.N.Y., 81-Civ.3824 Notified involved counsel and judges. (eaf) |
| 81/08/18 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-20 Wicinski, etc. v. Lotnicze, S.D.N.Y., 81 Civ 3823; and Wicinski, etc. v. Lotnicze, S.D.N.Y., 81 Civ 3824 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 82/04/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-22 Misiaszek, etc. v. Lot Polish Airlines, N.D.N.Y., 82-CV-305 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 82/05/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-23 Gayda, et al. v. Lot Polish Airlines, S.D.N.Y., 82-CIV-1801 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 82/05/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-22 Misiaszek, etc. v. Lot Polish Airlines, N.D.N.Y., 82-CV-305. Notified involved clerks and judges. (ds) |
| 82/05/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-23 Gayda, et al v. Lot Polish Airlines, S.D.N.Y., 82-Civ-1801. Notified involved clerks and judges. (ds) |
| 82/06/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-28 Kurz, etc. v. Lot Polish Airlines, D. N.J., 82-783-F D-29 Pimental, etc., et al. v. Pexetel, a/k/a Foreign Trade Enterprise of Aviation Industry, S.D.N.Y., 82 Civ 3695 D-30 Niemiro, etc. v. Lot Polish Airlines, N.D. Ill., 2C0283 NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 441 -- In re Air Crash Disaster at Warsaw, Poland on 3/14/80

| Date | Pleading Description |
|---|---|
| 82/07/06 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-28 Kurz, etc. v. Lot Polish Airlines, D. N.J., 82-783-F; D-29 Pimental, etc., et al. v. Pezetel, etc., S.D.N.Y., 82 Civ 3695 CLB; Niemiro, etc. v. Lot Polish Airlines, N.D. Ill., 82C0283 -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 441 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster at Warsaw, Poland on March 14, 1980

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/14/80 | TO | Unpublished | E.D. New York | Charles P. Sifton | |

### Special Transferee Information

Eileen Levine
FTS 656-7671

DATE CLOSED: 9/12/86

10-14-80
9-12-86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 441 -- In re Air Crash Disaster at Warsaw, Poland, on March 14, 1980

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Henryka Smiegel, etc. v. Polskie Linie Lotnicze | E.D.N.Y. ~~Neaher~~ Sifton | CV-80-1290 | | | 3-5-85 | |
| A-2 | Jose Pimentel, et al. v. Polskie Linie Lotnicze | E.D.N.Y. ~~Neaher~~ Sifton | CV-80-1291 | | | 6-29-84 | |
| A-3 | Rev. Raymond E. Wesson, et al., etc. v. Polskie Linie Lotnicze | E.D.N.Y. ~~Neaher~~ Sifton | CV-80-1473 | | | 3-5-85 | |
| A-4 | Patricia Ann Chavis, etc. v. Polskie Linie Lotnicze | E.D.N.Y. ~~Neaher~~ Sifton | CV-80-1665 | | | 3-6-85 | |
| A-5 | Emily Bland, etc. v. Polskie Linie Lotnicze | E.D.N.Y. ~~Neaher~~ Sifton | CV-80-1408 | | | 4-4-85 | |
| A-6 | Valerie C. Merriam, et al. v. Polskie Linie Lotnicze Lot (Lot Polish Airlines) | N.D.Ill. Aspen | CV-80-3283 | 10/14/80 | CV80-2976 | 5-3-85 | |
| B-7 | Angela Y. Robles, et al. v. Polskie Linie Lotnicze (AKA Lot Polish Airlines), et al. | S.D.Cal. Thompson | 80-0676-GT(H) | 10/14/80 | | 3-7-85 | |
| XYZ-8 | Ira Pilcer v. Polskie Linie Lotnicze, etc. | E.D.N.Y. Sifton | 80-2155 | | | closed | |
| XYZ-9 | Susan Janice Radison, etc. v. Polskie Linie Lotnicze, etc. | E.D.N.Y. Sifton | 80-2511 | | | 3-5-85 | |

0 Pdg
9 dis

DOCKET NO. 441 -- In re Air Crash Disaster at Warsaw, Poland on 3/14/80

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-10 | Patricia Clayton, etc., et al. v. Polskie Linie Lotnicze  11/17/80 | E.D.Pa. Bechtle | 80-4104 | 12/3/80 | 5000 3280 | 12/19/85 D | |
| XYZ-11 | Emily Bland, et al. v. Union of Soviet Socialist Republics, et al. | E.D.N.Y. Sifton | 80-3294 | | | 9/17/82 D | reopened 11/25/85 |
| B-12 | Wieslaw Wesolowski, et al. v. Polski Linie Lotnicze  4/1/81 | C.D.Cal. Real | 81-1255 R | 4/17/81 | CV81-1183 | closed 4-4-85 | |
| B-13 | Maria Palomino, et al. v. Polski Linie Lotnicze, et al.,  4/1/81 | C.D.Cal. Lydick | 81-1246 LTL(GX) | 4/17/81 | CV81-1184 | 1404 to Cal @ 4/22/8 | |
| B-14 | Ned Good, etc. v. Polski Linie Lotnicze, et al.  4/1/81 | C.D.Cal. Gray | 81-1245 WPG | 4/17/81 | CV81-1185 | 1404 to Cal @ 4/22/8 | |
| B-15 | William H. Harris, et al. v. Polskie Linie Lotnicze, et al.  5/11/81 | N.D.Cal. Williams | G-81-1133 SW | 5/27/81 | CV81-1772 | | |
| XYZ-16 | John Lindsay, et al. v. Polskie Linie Lotnicze, etc. | E.D.N.Y. Sifton | 81-741 | | | 3/9/86 D | |
| XYZ-17 | Mary Newman, etc. v. Polskie Linie Lotnicze, et al. | E.D.N.Y. Sifton | 80-1906 | | | 11/18/81 D | |
| XYZ-18 | Eddie Thorpe v. LOT Polish Air Lines | E.D.N.Y. Sifton | 81-944 | | | 12/9/85 D | |
| XYZ-19 | Willie H. Harris v. Polske Linie Lotnicze, et al. | E.D.N.Y. | 81-765 | | | 7/30/85 D | |
| | July 1981 — 7 TR / 12 XYZ / 1 Dis / 18 Pdg | | | | | | |
| C-20 | Jerzy Wicinski, etc. v. Polskie Linie Lotnicze  JUL 3 1 1981 | S.D.N.Y. Sand | 81 Civ.3823 | 8/18/81 | | Closed | |
| C-21 | Jerzy Wicinski, etc. v. Polskie Linie Lotnicze  JUL 3 1 1981 | S.D.N.Y. Lasker | 81 Civ.3824 | 8/18/81 | | Closed | 5 Pdg 1 Dis |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-22 | Jacek Misiaszek, etc. v. Lot Polish Airlines  4/26/82 | N.D.N.Y. McCurn | 82-CV-305 | 5/12/82 | 82-1564 | 1/1/D | |
| C-23 | Elizabeth Gayda, et al. v. Lot Polish Airlines  5/3/82 | S.D.N.Y. Broderick | 82-CIV-1801 | 5/19/82 | 82-1516 | 10/1/82 D | reopened & con w/ xyz-11 |
| XYZ-24 | Bland v. Kazan Abiation | E.D.N.Y. | CV82-235 | | | 4/4/85 | |
| XYZ-25 | Lindsay v. USSR | E.D.N.Y. | CV82-462 | | | 4/4/85 | |
| XYZ-26 | Bland v. Pezetel | E.D.N.Y. | CV82-543 | | | 4/4/85 | |
| XYZ-27 | Callahan v. Polskie Linie | E.D.N.Y. | CV82-620 | | | 6/24/84 | |

July 1982 - 11 TR; 16 XYZ; 3 Dis; 24 Pdg

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D-28 | Herman L. Kurz, etc. v. Lot Polish Airlines  6/17/82 | N.J. Fisher | 82-783-F | 7/6/82 | 82-2017 | 1/30/81 D | |
| D-29 | Jose and Juana Pimental, etc., et al. v. Pezetel, a/k/a Foreign Trade Enterprise of Aviation Industry 6/17/82 | S.D.N.Y. Brieant CLB | 82 Civ 3695 | 7/6/82 | 82-2018 | 9-12-86 D  3-9-85  9/16/85 | |
| D-30 | Walter Niemiro, etc. v. Lot Polish Airlines  6/17/82 | N.D.Ill Moran | 82C0283 | 7/6/82 | 82-2019 | 14046 Ced Sl. 7/31/84 | |
| XYZ-31 | Rozina Stewart, etc. v. Polskie Linie Lotnicze, etc. | E.D.N.Y. | CV-80-3317 | | | 10/9/85 D | |

July 1983 - 11 TR / 17 XYZ / 20 Dis / 27 Pdg
July 1984 - 2 Dis / 25 Pdg.
July 1985 - 29 Dis / 6 Pdg.
July 1986 - 5 Dis / 1 Pdg. (D-29)
July 1987 - same

July 1988 - 1 Dis / Docket Closed

1 Pdg
9 Dis

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 441 -- In re Air Crash Disaster at Warsaw, Poland on March 14, 1980

---

HENRYKA SMIEGEL, ETC. (A-1)
JOSE PIMENTEL, ET AL. (A-2)
REV. RAYMOND E. WESSON, ET AL. (A-3)
PATRICIA ANN CHAVIS, ETC. (A-4)
EMILY BLAND, ETC. (A-5)
Frank H. Granito, Jr., Esquire
Speiser & Krause, P.C.
200 Park Avenue, Suite 1507
New York, New York  10166

VALERIE C. MERRIAM, ET AL. (A-6)
John J. Kennelly, Esquire
111 West Washington St.
Chicago, Illinois  60602

ANGELA Y. ROBLES, ET AL (B-7)
Floyd A. Demanes, Esquire
1800 Trousdale Drive
Burlingame, Calif.  94010

---

POLSKIE LINIE LOTNICZE
(LOT Polish Airlines)
George N. Tompkins, Jr., Esquire
Condon & Forsyth
1251 Avenue of the Americas
New York, New York  10020

PATRICIA CLAYTON, ETC., ET AL. (B-10)
Allen L. Rothenberg, Esquire
9th Floor, 1201 Chestnut St.
Philadelphia, Pa.  19107

WIESLAW WESOLOWSKI, ET AL. (B-12)
John A. Girardi, Esq.
Girardi Keese and Crane
1750 Union Bank Bldg.
445 So. Figueroa St.
Los Angeles, California 90071

MARIA PALOMINO, ET AL. (B-13)
NED GOOD, ETC. (B-14)
Ned Good, Esquire
Good & Novack
333 So. Hope St.  Ste 3600
Los Angeles, California 90071

| | |
|---|---|
| PAN AMERICAN AIRLINES<br>~~Pan American Airlines~~<br>Binghan, Englar, Jones & Houston<br>14 Wall Street<br>New York, New York 10005<br><br>AMERICAN AIRLINES<br>American Airlines<br>Dallas Fort Worth Airport<br>Post Office Box 61616<br>Dallas, Texas 75261<br><br>WILLIAM H. HARRIS, ET AL. (B-15)<br>Melvin M. Belli, Esq.<br>George Clinton Stafford, Esq.<br>Belli & Choulos,<br>722 Montgomery Street<br>San Francisco, California 94111<br><br>JERZY WICINSKI, ETC. (C-20 & C-21)<br>(Same as A-1)<br><br>JACEK MISIASZEK, ETC. (C-22)<br>Meyers, Latin & McLaughlin, Esqs.<br>112 State Street<br>Albany, New York 12207<br><br>ELIZABETH GAYDA, ET AL. (C-23)<br>Speiser & Krause, P.C.<br>200 Park Avenue [Same as A-1]<br>New York, New York 10166<br><br>HERMAN KURZ, ETC. (D-28)<br>George W. Conk, Esquire<br>55 Washington St.<br>East Orange, New Jersey 07017<br><br>JOSE AND JUANA PIMENTAL, ETC., ET AL. (D-29)<br>Speiser & Krause<br>200 Park Avenue [Same as A-1]<br>New York, New York 10166<br><br>WALTER NIEMIRO, ETC. (D-30)<br>Steven B. Salk, Esquire<br>134 N. LaSalle #1312<br>Chicago, Illinois 60602 | PEZETEL, a/k/a FOREIGN TRADE ENTERPRISE OF AVIATION INDUSTRY (Deft. D-29)<br>Condon & Forsyth<br>[Same as LOT]<br>~~Avenue of the Americas~~<br>New York, New York 10020 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 441 -- In re Air Crash Disaster at Warsaw, Poland on 3/14/80

| Name of Party | Named as Party in Following Actions |
|---|---|
| Polskie Linie Lotnicze (Lot Polish Airlines) | A-1 thru A-6, B-7 B-10, B-12 thru 19 B-15, 23 |
| Pan American World Airways, Inc. | B-7, B-13, B-14, B-15 |
| American Airlines, Inc. | B-7, B-13, B-14, B-15, |