JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 14 1980

DOCKET NO. 441

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE AIR CRASH DISASTER AT WARSAW, POLAND, ON MARCH 14, 1980

10/14/80

TRANSFER ORDER

All parties to the actions listed on the attached
Schedule A agree on the desirability of or do not oppose
transferring, pursuant to 28 U.S.C. §1407, the actions
pending in districts other than the Eastern District of
New York to that district for coordinated or consolidated
pretrial proceedings with the actions pending there.  The
Panel finds on the basis of the papers submitted and the
hearing held that the actions in this litigation raise
common questions of fact and that centralization of all
actions in the Eastern District of New York under Section
1407 will best serve the convenience of the parties and
witnesses and promote the just and efficient conduct of
this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C.
§1407, the actions listed on the attached Schedule A and
pending in districts other than the Eastern District of
New York be, and the same hereby are, transferred to that
district and, with the consent of that court, assigned
to the Honorable Charles P. Sifton for coordinated or consoli-
dated pretrial proceedings with the actions pending in
that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

MDL-441 -- In re Air Crash Disaster at Warsaw, Poland, on March 14, 1980

Northern District of Illinois

Valerie C. Merriam, et al. v. Polskie Linie Lotnicze Lot (Lot Polish Airlines), C.A. No. 80C3283

Eastern District of New York

Henryka Smiegel, etc. v. Polskie Linie Lotnicze, C.A. No. CV80-1290

Jose Pimentel, et al. v. Polskie Linie Lotnicze, C.A. No. CV-80-1291

Rev. Raymond E. Wesson, et al., etc. v. Polskie Linie Lotnicze, C.A. No. CV-80-1473

Patricia Ann Chavis, etc. v. Polskie Linie Lotnicze, C.A. No. CV-80-1665

Emily Bland, etc. v. Polskie Linie Lotnicze, C.A. No. CV-80-1408

Southern District of California

Angela Y. Robles, et al. v. Polskie Linie Lotnicze (AKA Lot Polish Airlines), et al., C.A. No. 80-0676-GT(H)